DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. OLIVER

No. 174P85.

Case below: 73 N.C. App. 118.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 3 April 1985. Petition by defendant for writ of supersedeas and temporary stay denied 3 April 1985.

STATE v. QUINN

No. 56P85.

Case below: 36 N.C. App. 611.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 2 April 1985.

STATE v. STREATH

No. 89P85.

Case below: 72 N.C. App. 685.

Third petition by defendant for discretionary review under G.S. 7A-31 denied 5 April 1985. Third petition by defendant for writ of supersedeas and temporary stay denied 5 April 1985.

STATE v. THOMPSON

No. 82P85.

Case below: 64 N.C. App. 485.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 2 April 1985.

STATE v. UPRIGHT

No. 76P85.

Case below: 72 N.C. App. 94.

Petition by defendant (John Henry Russell) for discretionary review under G.S. 7A-31 denied 2 April 1985.